# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 22, 2023

Lyle W. Cayce
Clerk

No. 23-40036
Summary Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANTONIO SANCHEZ-VEGA,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:18-CR-1583-1

_____

Before JOLLY, ENGELHARDT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Antonio Sanchez-Vega has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez-Vega has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40036

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.